No. 81–5891.   BEST v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 81–5909.   CARTER v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–5911.   TODD v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 81–5915.   POOL v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 81–5916.   TORRES ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5918.   HOLLINGSHEAD v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5923.   GREATHOUSE v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–5932.   MYRICK ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5933.   YOUNG v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 81–5945.   ROSS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 81–5948.   RAY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 81–5950.   GAYLOR v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.